[No. 14254-0-III.    Division Three.    April 4, 1996.]

WILMA LUNGO, *Respondent*, v. JOE DEVITA, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-2-04801-3, Michael E. Donohue, J., entered July 18, 1994. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Thompson, J.


[No. 14609-6-II.    Division Two.    April 5, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MONTE CLAIR WEST, A/K/A MONTY C. WEST, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 90-1-00098-1, Gary Velie, J. Pro Tem., entered December 21, 1990. *Remanded* by unpublished opinion per Armstrong, J., concurred in by Seinfeld, C.J., and Turner, J.


[No. 18131-2-II.    Division Two.    April 5, 1996.]

NAN CHANG, *Respondent*, v. SEONG JIN KANG, *Appellant*.

NAN CHANG, *Respondent*, v. JEONG JA KANG, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-02831-5, Vicki L. Hogan, J., entered March 8, 1994. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, C.J., and Armstrong, J.


[No. 18371-4-II.    Division Two.    April 5, 1996.]

PACIFICORP, *Appellant*, v. THE DEPARTMENT OF REVENUE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 91-2-01840-9, James D. Ladley, J., entered May 25, 1994. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Turner, JJ.